UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE PANFILI,<br><br>    Plaintiff,<br><br>v.<br><br>RIDES BY RYAN LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:17-cv-00290(SRU) |

## DEFAULT JUDGMENT

The defendant, Rides by Ryan LLC failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) was entered on June 9, 2017.  A motion for default judgment was granted on December 22, 2017. Accordingly, judgment shall enter in favor of the plaintiff, Clare Panfili.

It is therefore **ORDERED, ADJUDGED AND DECREED** that judgment enter in favor of the Plaintiff, Clare Panfili against the defendant, Rides by Ryan LLC in the amount of $2,000.00 in statutory damages, $500.00 in actual damages and post judgment interest at the rate set by federal law and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of December 2017.


ROBIN D. TABORA, Clerk

By: _____/s/_____
Kristen Gould
Deputy Clerk

EOD: 12/27/17

1