# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE PANFILI,<br>    Plaintiff,<br><br>v.<br><br>RIDES BY RYAN LLC,<br>    Defendant. | No. 3:17-cv-290 (SRU) |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

On December 22, 2017, I granted default judgment in this case to the plaintiff, Clare Panfili. Doc. No. 14. Panfili has now moved for attorneys' fees totaling $8,500, and has attached to her motion the declarations of Daniel S. Blinn and Jesse Clark, her attorneys in this matter, along with the billing records for their time and expenses, as well as the billable time of an additional associate, a paralegal, and a legal assistant. Doc. No. 17. The defendant, Rides by Ryan LLC, which has not appeared in this action nor opposed the entry of default judgment, has likewise not opposed Panfili's motion for attorneys' fees.

The declarations of Attorneys Blinn and Clark set forth their hourly billing rates at $400 and $300, respectively, and also provide the rates for the associate attorney ($275/hour), the paralegal ($150/hour), and the legal assistant ($95/hour). Attorney Blinn's rate of $400 per hour has previously been approved in this district, *Franco v. A Better Way Wholesale Autos, Inc.*, No. 3:14-cv-422 (VLB) (D. Conn. May 31, 2016), and I do not find the lower hourly rates of his co-counsel and staff to be unreasonable.

Panfili seeks to apply the aforementioned rates to an aggregate 29.2 hours of work by counsel and staff. Although 29.2 hours of work seems high for a case that proceeded to default judgment due to the defendant's failure to appear, Panfili asserts, and her attorneys' records

reflect, that a portion of that time was spent pursuing an ultimately unsuccessful settlement. Rides by Ryan has plainly not opposed any of Panfili's claims, and the 29.2 hours appears to be reasonable.

Multiplying the attorneys' and staff's various hourly rates by the pertinent number of hours expended yields a total dollar fee slightly higher than $8,500, and I do not think that any further downward adjustments are necessary than the adjustments already made by Panfili in her request for $8,500. Accordingly, I hereby grant Panfili's request for $8,500 in attorneys' fees and expenses.

So ordered.

Dated at Bridgeport, Connecticut, this 16th day of July 2018.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge